SOUTH CAROLINA STATE BOARD OF EDUCA-
TION ET AL. *v.* BROWN ET AL.

No. 553. Decided December 9, 1968.*

*Daniel R. McLeod,* Attorney General of South Caro-
lina, and *D. W. Robinson* for appellants in No. 553.
*J. C. Long* for appellants in No. 563.

*Solicitor General Griswold* and *Assistant Attorney
General Pollak* for appellee United States in both cases.

PER CURIAM.

The motion to affirm is granted and the judgment is
affirmed.

---

*Together with No. 563, *Cribb et al.* v. *Brown et al.,* also on appeal
from the same court.